## ORDER

The Court, having considered Plaintiff's Motion for Continuance of the Case Management Conference previously scheduled for May 12, 2006 at 10:30 a.m., and good cause appearing, ORDERS the motion be granted as follows:

IT IS ORDERED, that the Case Management Conference now scheduled for May 12, 2006 at 10:30 a.m. be and hereby is continued until July 14, 2006 at 10:30 a.m.

Dated: 5/8/06

_____
HON. JEREMY FOGEL
JUDGE, U.S. DISTRICT COURT

### End of Order###

DATED: May 3, 2006            RYNN & JANOWSKY, LLP


By:     s/Bart M. Botta
        BART M. BOTTA, Attorneys for
        Plaintiff REY REY PRODUCE SFO, INC.