**E-filed 6/21/06**

BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone:   (949) 752-2911
Facsimile:    (949) 752-0953
E-Mail:        Bart@rjlaw.com
Attorneys for Plaintiff REY REY PRODUCE SFO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PRODUCE, INC., a California corporation; and FERNANDO ACEVEDO, an individual,<br><br>Defendants. | CASE NO.  C 05-05368 JF<br><br>[~~PROPOSED~~] ORDER GRANTING TELEPHONIC APPEARANCE AT HEARING SCHEDULED FOR JULY 28, 2006 ON PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NATIONAL PRODUCE, INC., A CALIFORNIA CORPORATION; AND FERNANDO ACEVEDO, AN INDIVIDUAL<br><br>Date:    July 28, 2006<br>Time:    9:00 a.m.<br>Place:   Courtroom 3 |

The Court, having considered Plaintiff's Motion to allow counsel to appear by telephone at the hearing on request for default judgment scheduled for July 28, 2006 at 9:00 a.m. submitted by Bart M. Botta, ORDERS this motion be:

☐    ***Granted -***    IT IS ORDERED, that counsel for Plaintiff, Bart M. Botta, may appear by telephone at hearing scheduled for July 28, 2006 at 9:00 a.m.  Instructions for the call in procedure are as follows:  the parties are directed to call Court Call at 866-582-6878 in advance of the hearing to arrange for the appearance.

1   ☐   **Denied** -   IT IS ORDERED, that counsel for Plaintiff, Bart M. Botta may not appear
2   by telephone at hearing rescheduled for _____, 2006 at _____ __.m..

4   DATED: ___6/21_____, 2006

_____
JUDGE, U.S. DISTRICT COURT
JEREMY FOGEL

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953